Tammy Hussin (Bar No. 155290)
**Lenberg & Associates LLC**
6404 Merlin Drive
Carlsbad, CA  92011
Telephone: (855) 301-2100 ext. 5514
Email: thussin@lemberglaw.com

Attorney for Plaintiff, Antonio DiGiovanni

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| Antonio DiGiovanni,<br><br>    Plaintiff,<br><br>vs.<br><br>Southwest Credit Systems, L.P.; and DOES 1-10, inclusive,<br><br>    Defendant. | CASE No. 3:11cv-05644-EDL<br><br>[PROPOSED] ORDER STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT |

Based on the Stipulation of counsel, request to extend the time for Defendant to answer or otherwise respond to Plaintiff's Complaint to January 17, 2012 is hereby granted.

Dated: January 4, 2012

_____
ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28