IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO DIGIOVANNI,<br><br>    Plaintiff,<br><br>  v.<br><br>SOUTHWEST CREDIT SYSTEMS, L.P.,<br><br>    Defendant.<br>_____ / | No. C-11-5644 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SUBMIT CHAMBERS COPY OF DOCUMENTS IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

    On February 15, 2012, plaintiff, on behalf of both parties, electronically filed a Joint Case Management Statement and a Stipulation Requesting Telephonic Appearance. Plaintiff has violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G; see also Standing Orders for Civil Cases Assigned to the Honorable Maxine M. Chesney ¶ 2.

    Plaintiff is hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced documents. Plaintiff is hereby advised that if he fails in the future to comply with General Order 45 and the Court's Standing Order to provide a chambers copy of each

electronically-filed document, the Court may impose sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated: February 22, 2012

_____
MAXINE M. CHESNEY
United States District Judge