UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Antonio DiGiovanni,<br><br>    Plaintiffs,<br><br>    vs.<br><br>Southwest Credit Systems, L.P.; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: 3:11-cv-05644-MMC<br><br>[~~PROPOSED~~] ORDER |

Based on the Stipulation of counsel, the appearance by telephone is hereby granted. All counsel shall appear by telephone at the March 9, 2012 Case Management Conference.

Date: February 24, 2012

*/s/ Maxine M. Chesney*

Hon. Maxine M. Chesney