Tammy Hussin (Bar No. 155290)
*Of Counsel*
Lemberg & Associates LLC
6404 Merlin Dr., Suite #100
Carlsbad, CA 92011
Telephone (855) 301-2100 ext. 5514
thussin@lemberglaw.com

Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Antonio DiGiovanni

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Antonio DiGiovanni,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Southwest Credit Systems, L.P.; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: 3:11-cv-05644-MMC<br><br>**NOTICE OF SETTLEMENT**<br><br>**AND ORDER CONTINUING TELEPHONIC CASE MANAGEMENT CONFERENCE** |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within 60 days.

The parties hereby further request that this honorable Court provide a period of 60 days within which to complete the settlement and file a dismissal of the action.

By: ___/s/   Tammy Hussin___
Tammy Hussin  *Of Counsel*
Lemberg & Associates, LLC
Attorney for Plaintiff, Antonio DiGiovanni

## ORDER

IT IS SO ORDERED. Further, the telephonic Case Management Conference is hereby CONTINUED from March 9, 2012 to May 18, 2012, at 10:30 a.m. A Joint Case Management Statement shall be filed no later than May 11, 2012.

Dated: March 6, 2012

_____
United States District Judge