UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Antonio DiGiovanni,<br><br>    Plaintiffs,<br><br>  vs.<br><br>Southwest Credit Systems, L.P.; and<br>DOES 1-10, inclusive,<br><br>    Defendants. | Case No.: 3:11-cv-05644-MMC<br><br>[~~PROPOSED~~] ORDER |

Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: March 20, 2012

Judge:  Maxine M. Chesney