1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

8
9
10
11

| | |
|---|---|
| Antonio DiGiovanni, | Case No.: 3:11-cv-05644-MMC |
| Plaintiffs, | [PROPOSED] ORDER |
| vs. | |
| Southwest Credit Systems, L.P.; and DOES 1-10, inclusive, | |
| Defendants. | |

12
13
14
15
16
17
18
19

Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

20
21
22

Date:  March 20, 2012

Judge:  Maxine M. Chesney

23
24
25
26
27
28